**Foster D. FULLER, Appellant,**

v.

**Charlie GRAAS; Dillon Corp.; Keith Beck, Employee, Gerbes West; Keith Arnel, Employee, Gerbes West; Kim Brinkmann, Employee, Gerbes West; Terry Beck, Store Manager, Gerbes West; Samantha Hagar, Employee, Gerbes West Appellees.**

No. 99–4252.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2001.

Decided Feb. 16, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Following entry of final judgment upon the district court's [1] findings at the conclusion of a bench trial, Foster Fuller appeals from the court's earlier orders denying him a jury trial, granting summary judgment to certain defendants, and denying him leave to amend in this civil rights action. Upon careful review of the record and the parties' submissions, we conclude that Dr. Fuller waived his right to a jury trial by failing to make a timely request for one, that the district court did not "amend" his complaint by liberally interpreting it for purposes of reviving his right to request a jury trial, and that the court did not abuse its discretion by declining to order a jury trial on Dr. Fuller's subsequent motion. *See* Fed.R.Civ.P. 38(b), 39(b). We also reject Dr. Fuller's contention that the district court abused its dis-

cretion in denying him leave to amend, and we find that the partial grant of summary judgment was proper. *See Dirden v. Dep't of Hous. & Urban Dev.*, 86 F.3d 112, 114 (8th Cir.1996) (per curiam) (§ 1981 plaintiff must prove discriminatory intent); *Fitzgerald v. Mountain States Tel. & Tel. Co.*, 68 F.3d 1257, 1262–63 (10th Cir.1995) (applying doctrine of respondeat superior to § 1981 action; employer is responsible only for intentional wrongs of employees committed in furtherance of employment).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable D. Brook Bartlett, late a United States District Judge for the Western District of Missouri.